JAMES J. LEYDEN, complainant-respondent,

*v.*

ELIJAH W. LAWRENCE et ux., defendants-appellants.

[Submitted July 8th, 1912. Decided November 18th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported in *79 N. J. Eq. (9 Buch.) 113.*

*Messrs. French & Richards,* for the complainant.

*Mr. Austin H. Swackhamer* and *Mr. John Cadwalader, Jr.* (of the Philadelphia bar), for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TREACY —14.

*For reversal*—None.